**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

District of Delaware

Case number (*If known*): _____ Chapter 11

☐ Check if this is an amended filing

Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy  04/16

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

1. **Debtor's name**  Constellation Enterprises LLC

2. **All other names debtor used in the last 8 years**

   Include any assumed names, trade names, and *doing business as* names

3. **Debtor's federal Employer Identification Number (EIN)**  1 1 – 3 8 2 9 5 7 1

4. **Debtor's address**

   **Principal place of business**

   50   Tice Boulevard
   Number   Street

   Suite 340

   Woodcliff Lakes   NJ   07677
   City   State   ZIP Code

   Bergen
   County

   **Mailing address, if different from principal place of business**

   Number   Street

   P.O. Box

   City   State   ZIP Code

   **Location of principal assets, if different from principal place of business**

   Number   Street

   City   State   ZIP Code

5. **Debtor's website** (URL)  _____

6. **Type of debtor**
   ☒ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
   ☐ Partnership (excluding LLP)
   ☐ Other. Specify: _____

Debtor      Constellation Enterprises LLC                                    Case number (*if known*)_____
            Name

| 7. Describe debtor's business | A. *Check one:* |
|---|---|
| | ☐ Health Care Business (as defined in 11 U.S.C. § 101(27A)) |
| | ☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B)) |
| | ☐ Railroad (as defined in 11 U.S.C. § 101(44)) |
| | ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A)) |
| | ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6)) |
| | ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3)) |
| | ■ None of the above |

B. *Check all that apply:*

☐ Tax-exempt entity (as described in 26 U.S.C. § 501)
☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)
☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes
3  3  1  2

8. **Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☐ Chapter 7
☐ Chapter 9
■ Chapter 11. *Check all that apply*:

☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,566,050 (amount subject to adjustment on 4/01/19 and every 3 years after that).

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

9. **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

■ No
☐ Yes.  District _____  When _____  Case number _____
                                 MM / DD / YYYY
        District _____  When _____  Case number _____
                                 MM / DD / YYYY

10. **Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list.

☐ No
■ Yes.  Debtor  See Attached Schedule 1      Relationship  Affiliate
        District  Delaware                   When  Date Hereof
                                                   MM / DD / YYYY
        Case number, if known _____

Official Form 201                Voluntary Petition for Non-Individuals Filing for Bankruptcy                page 2

Debtor  Constellation Enterprises LLC  
      Name

Case number (*if known*)_____

### 11. Why is the case filed in *this district*?

Check all that apply:

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

### 12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?

■ No

☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
    Number    Street

_____

_____
City    State    ZIP Code

**Is the property insured?**
☐ No
☐ Yes. Insurance agency _____
    Contact name _____
    Phone _____

---

### Statistical and administrative information

### 13. Debtor's estimation of available funds

Check one:

■ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors.

### 14. Estimated number of creditors

☐ 1-49
■ 50-99
☐ 100-199
☐ 200-999

☐ 1,000-5,000
☐ 5,001-10,000
☐ 10,001-25,000

☐ 25,001-50,000
☐ 50,001-100,000
☐ More than 100,000

### 15. Estimated assets

☐ $0-$50,000
☐ $50,001-$100,000
☐ $100,001-$500,000
☐ $500,001-$1 million

■ $1,000,001-$10 million
☐ $10,000,001-$50 million
☐ $50,000,001-$100 million
☐ $100,000,001-$500 million

☐ $500,000,001-$1 billion
☐ $1,000,000,001-$10 billion
☐ $10,000,000,001-$50 billion
☐ More than $50 billion

Debtor ____Constellation Enterprises LLC_____     Case number (if known)_____
       Name

**16. Estimated liabilities**
- ☐ $0-$50,000
- ☐ $50,001-$100,000
- ☐ $100,001-$500,000
- ☐ $500,001-$1 million
- ☐ $1,000,001-$10 million
- ☐ $10,000,001-$50 million
- ☐ $50,000,001-$100 million
- ■ $100,000,001-$500 million
- ☐ $500,000,001-$1 billion
- ☐ $1,000,000,001-$10 billion
- ☐ $10,000,000,001-$50 billion
- ☐ More than $50 billion

## Request for Relief, Declaration, and Signatures

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

☐ The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

☐ I have been authorized to file this petition on behalf of the debtor.

☐ I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  05   16   2016
               MM / DD /YYYY

X  /s/ William Lowry                                                     William Lowry
   Signature of authorized representative of debtor        Printed name

Title  Chief Financial Officer

**18. Signature of attorney**

X  /s/ Daniel J. DeFranceschi                                         Date  05/16/2016
   Signature of attorney for debtor                                          MM / DD /YYYY

Daniel J. DeFranceschi
Printed name

Richards, Layton & Finger, P.A.
Firm name

920          North King Street
Number      Street

Wilmington                                                DE           19801
City                                                      State        ZIP Code

(302) 651-7700                                           DeFranceschi@rlf.com
Contact phone                                            Email address

7816                                                      Delaware
Bar number                                                State

## SCHEDULE 1

On the date hereof, each of the affiliated entities listed below, including the debtor in this chapter 11 case (collectively, the "**Debtors**"), filed a petition with this Court for relief under chapter 11 of the Bankruptcy Code. Contemporaneously with the filing of their petitions, the Debtors filed a motion requesting that the chapter 11 cases of the entities listed below be consolidated for procedural purposes only and jointly administered pursuant to Rule 1015(b) of the Federal Rules of Bankruptcy Procedure.

| Company | Date Filed | District |
|---|---|---|
| Constellation Enterprises LLC | May 16, 2016 | Delaware |
| Columbus Steel Castings Company | May 16, 2016 | Delaware |
| The Jorgensen Forge Corporation | May 16, 2016 | Delaware |
| Eclipse Manufacturing Co. | May 16, 2016 | Delaware |
| Zero Manufacturing, Inc. | May 16, 2016 | Delaware |
| Metal Technology Solutions, Inc. | May 16, 2016 | Delaware |
| Columbus Holdings, Inc. | May 16, 2016 | Delaware |
| Zero Corporation | May 16, 2016 | Delaware |
| JFC Holding Corporation | May 16, 2016 | Delaware |
| Steel Forming, Inc. | May 16, 2016 | Delaware |

**UNANIMOUS WRITTEN CONSENT OF THE BOARD OF DIRECTORS
OF CONSTELLATION ENTERPRISES LLC**

The undersigned, being all of the members (the "**Members**") of the Board of Directors (the "**Board of Directors**") of Constellation Enterprises LLC, a Delaware limited liability company (the "**Company**"), acting in accordance with Section 18-302 of the Delaware Limited Liability Company Act, 6 Del. C. § 18-101 et seq. and the limited liability company agreement of the Company, hereby consent to the following actions and adopt the following resolutions in lieu of a meeting of the Members of the Board of Directors of the Company (this "**Consent**"):

**RESOLVED:** That for purposes of this Consent and the resolutions contained herein, the term "**Authorized Officer**" shall mean Donald S. MacKenzie, the chief restructuring officer of the Company, and William Lowry, the chief financial officer of the Company.

**RESOLVED:** That the Company shall be, and hereby is, authorized and directed to: (a) file a voluntary petition (the "**Petition**") for relief under chapter 11 of the United States Code, 11 U.S.C. §§ 101-1532 (the "**Bankruptcy Code**") in the United States Bankruptcy Court for the District of Delaware (the "**Bankruptcy Court**") and (b) perform any and all such acts as are reasonable, advisable, expedient, convenient, proper, or necessary to effect the foregoing.

**RESOLVED:** That each Authorized Officer shall be, and hereby is, authorized and empowered on behalf of and in the name of the Company to: (a) execute and verify the Petition, as well as all other ancillary documents, and cause the Petition to be filed with the Bankruptcy Court and make or cause to be made prior to execution thereof any modification to the Petition or ancillary documents as the Authorized Officer, in such officer's discretion, deems necessary or desirable to carry out the intent and accomplish the purposes of these resolutions (such approval to be conclusively established by the execution thereof by such Authorized Officer); (b) execute, verify, and file or cause to be filed all petitions, schedules, lists, motions, applications, and other papers or documents necessary or desirable in connection with the foregoing; and (c) execute and verify any and all other documents necessary or appropriate in connection therewith in such form or forms as such Authorized Officer may approve.

**RESOLVED:** That each Authorized Officer shall be, and hereby is, authorized and empowered to retain, on behalf of the Company: (a) Kramer Levin Naftalis & Frankel LLP, as bankruptcy counsel to the Company; (b) Richards, Layton & Finger, P.A., as bankruptcy co-counsel to the Company; (c) Imperial Capital, LLC, as financial advisors and investment bankers to the Company; (d) Conway

RLF1 14475745v.1

|  |  |
|---|---|
|  | MacKenzie Management Services LLC to provide crises management and restructuring services; (e) Epiq Bankruptcy Solutions, LLC, as claims and noticing agent to the Company; (f) Lincoln International, as investment bankers to the Company; and (g) such additional professionals, including attorneys, accountants, consultants, or brokers, in each case as in such Authorized Officer's judgment may be necessary or desirable in connection with the Company's chapter 11 case and other related matters, on such terms as such officer or officers shall approve. |
| **RESOLVED:** | That the form, terms and provisions of that certain Debtor-in-Possession Term Loan Facility (the "**DIP Credit Facility**"), between the Company and certain of its affiliates, as borrowers and/or guarantors (collectively, the "**DIP Borrowers**"), and certain holders of the 11.125% First Priority Senior Secured Notes due February 1, 2018 (the "**Secured Notes**") issued by certain of the DIP Borrowers (collectively, the "**DIP Lenders**"), and all schedules, exhibits and appendices thereto and any documents contemplated thereby, and the transactions contemplated thereby (including using cash collateral and the granting of security interests in favor of the DIP Lenders in substantially all of the assets of the Company), be, and the same hereby are, authorized, adopted and approved in all respects, and each of the Authorized Officers, shall be, and hereby is, authorized, empowered and directed to execute and deliver, on behalf of the Company, as a debtor and debtor in possession under Chapter 11 of the Bankruptcy Code, the DIP Credit Facility with such modifications and supplements therein as such Authorized Officer executing the same shall approve (which approval shall be conclusively evidenced by such person's execution and delivery thereof), and such other documents contemplated by the DIP Credit Facility to which the Company is a party in such forms and with such terms and provisions as such Authorized Officer executing the same shall approve (which approval shall be conclusively evidenced by such person's execution and delivery thereof), and that the Company, as a debtor and debtor in possession under Chapter 11 of the Bankruptcy Code, be, and hereby is, authorized and empowered to enter into, deliver and perform its obligations under the DIP Credit Facility and each of the documents contemplated thereby to which the Company is a party. |
| **RESOLVED:** | That each Authorized Officer shall be, and hereby is, authorized and empowered, for and on behalf of the Company, to negotiate and enter into a definitive asset purchase agreement with an entity formed by certain holders of the Secured Notes that provides for the sale of the Company's and certain of its affiliates' assets and |

<blockquote>

any other document that is ancillary and related thereto that contain the principal terms set forth in that certain *Summary of Principal Terms of Proposed Sale of Substantially All of the Assets of Constellation Enterprises LLC and its Subsidiaries* (the "**APA Term Sheet**") and such other terms as such Authorized Officer, in his judgment, may deem necessary, advisable or appropriate in order to carry out the purpose and intent of, or consummate the transactions contemplated by, the APA Term Sheet.

</blockquote>

**RESOLVED**: That in addition to the specific authorizations heretofore conferred upon each Authorized Officer, each of the officers of the Company or their designees shall be, and each of them, acting alone, hereby is authorized, directed, and empowered, in the name of and on behalf of the Company, to take or cause to be taken any and all such further actions, to execute and deliver any and all such agreements, certificates, instruments, consents, including sole shareholder consents for its wholly-owned subsidiary containing resolutions consistent with the resolutions set forth herein, and other documents and to pay all expenses, including filing fees, in each case as in such officer's or officers' judgment shall be necessary or desirable in order to fully carry out the intent and accomplish the purposes of the resolutions adopted herein.

**RESOLVED**: That all acts lawfully done or actions lawfully taken or to be taken by any officer or officers of the Company in connection with the implementation of these resolutions are hereby in all respects ratified, confirmed, and approved.

This Consent may be executed in one or more counterparts and may be delivered via facsimile or Portable Document Format (PDF), each of which shall be deemed an original and all of which taken together shall constitute one and the same consent.

[Signature page follows]

RLF1 14475745v.1

IN WITNESS WHEREOF, the undersigned have caused this Consent to be executed as of the date first written above.

_____
W. Dana LaForge

_____
Dennis H. Smith

IN WITNESS WHEREOF, the undersigned have caused this Consent to be executed as of the date first written above.

_____
W. Dana LaForge

*/s/ W. Dana LaForge / Dennis H. Smith*

_____
Dennis H. Smith

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| Constellation Enterprises LLC, *et al.*,[1] | ) Case No. 16-_____ (____) |
| Debtors. | ) Joint Administration Pending |

### CONSOLIDATED LIST OF CREDITORS WHO HAVE THE
### 30 LARGEST UNSECURED CLAIMS AND ARE NOT INSIDERS

The above-captioned debtors and debtors in possession (collectively, the "Debtors") hereby certify that the Consolidated List of Creditors Who Have the 30 Largest Unsecured Claims and Are Not Insiders submitted herewith contains the names and addresses of the Debtors' top 30 unsecured creditors. The list has been prepared from the unaudited books and records of the Debtors. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in the Debtors' chapter 11 cases. The list does not include (i) persons that come within the definition of "insider" set forth in 11 U.S.C. § 101(31) or (ii) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 30 largest unsecured claims. The information contained herein shall not constitute an admission of liability by, nor is it binding on, the Debtors. Moreover, nothing herein shall affect the Debtors' rights to challenge the amount or characterization of any claim at a later date. The failure to list a claim as contingent, unliquidated or disputed does not constitute a waiver of the Debtors' rights to contest the validity, priority and/or amount of any such claim.

---

[1] The debtors in these cases, along with the last four digits of the federal tax identification number for each of the debtors, where applicable are: Constellation Enterprises LLC (9571); JFC Holding Corporation (0312); The Jorgensen Forge Corporation (1717); Columbus Holdings Inc. (8155); Columbus Steel Castings Company (8153); Zero Corporation (0538); Zero Manufacturing, Inc. (8362); Metal Technology Solutions, Inc. (7203); Eclipse Manufacturing Co. (1493); and Steel Forming, Inc. (4995). The debtors' mailing address is located at 50 Tice Boulevard, Suite 340, Woodcliff Lakes, NJ 07677.

**Fill in this information to Identify the case:**

Debtor Name: CONSTELLATION ENTERPRISES LLC

United States Bankruptcy Court for the:    District of Delaware

Case Number (If known):

☐ Check if this is an amended filing

## Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 30 Largest Unsecured Claims and Are Not Insiders

12/15

A list of creditors holding the 30 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 30 largest unsecured claims.

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1 | INTERNAL REVENUE SERVICE<br>P.O. BOX 1237<br>CHARLOTTE, NC  28201-1237 | CONTACT: BARBARA HOUCK<br>PHONE: 330-480-5739<br>FAX: 330-746-1028 | TAXES | U | | | $3,510,000.00 |
| 2 | U.S. BANK<br>US BANCORP CENTER<br>800 NICOLLET MALL<br>MINNEAPOLIS, MN  55402 | CONTACT: ZIAD AMRA<br>PHONE: 612-303-4517<br>FAX: 612-303-4660<br>ziad.amra@usbank.com | UNSECURED DEBT | U | | | $2,699,561.14 |
| 3 | ELECTRALLOY<br>G O CARLSON INC/ELECTRALLOY<br>75 REMITTANCE DRIVE SUITE 6433<br>CHICAGO, IL  60675-6433 | CONTACT: JOE PAPARONE<br>PHONE: 814-678-4141<br>FAX: 814-678-4172<br>jpaparone@gocarlson.com | TRADE VENDOR | U | | | $2,620,213.20 |
| 4 | PSC METALS INC<br>5875 LANDERBROOK DRIVE, SUITE 200<br>MAYFIELD HEIGHTS, OH  44124 | CONTACT: ROBERT BREWER, CEO<br>PHONE: 440-753-5400<br>FAX: 440-753-5428 | TRADE VENDOR | U | | | $1,155,010.50 |
| 5 | SAMUEL, SON & CO INC<br>ENGINEERED METALS GROUP<br>2360 DIXIE ROAD<br>MISSISSAUGA, ON  L4Y 1Z7  CANADA | CONTACT: GARY FISHER<br>PHONE: 905-279-5110<br>FAX: 905-279-9658<br>gfisher@samuel.com | TRADE VENDOR | U | | | $870,986.53 |

**Debtor:** CONSTELLATION ENTERPRISES LLC             **Case Number** (if known):

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim — Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
|---|---|---|---|---|---|---|---|
| 6 | EAC CORPORATION<br>907 SE MONTEREY COMMONS BLVD., STE 300<br>STUART, FL 34996 | CONTACT: LISE DA BIERO<br>PHONE: 800-910-2550<br>FAX: 772-220-6964<br>lise@eac-corp.com | TRADE VENDOR | U | | | $780,596.82 |
| 7 | FIFTH THIRD BANK<br>5050 KINGSLEY DRIVE<br>MB: 1MOC1N<br>P.O. BOX 740523<br>CINCINNATI, OH 45263 | CONTACT: SYLVIA CRUZ<br>PHONE: 317-383-2336<br>FAX: 513-744-8208<br>Sylvia.Cruz@53.com | UNSECURED DEBT | U | | | $687,467.68 |
| 8 | LOWENSTEIN SANDLER LLP<br>65 LIVINGSTON AVENUE<br>ROSELAND, NJ 07068 | CONTACT: GAIL BICKAR<br>PHONE: 973-597-2500<br>FAX: 973-597-2500<br>receivables@lowenstein.com | LEGAL | U | | | $666,269.62 |
| 9 | STEELSUMMIT<br>1718 JP HENNESSY DRIVE<br>LAVERGNE, TN 37086 | CONTACT: EDDIE LUZ<br>PHONE: 615-641-8608<br>FAX: 615-641-3399<br>eddiel@steelsummit.com | TRADE VENDOR | U | | | $657,228.47 |
| 10 | METALTEK INTERNATIONAL<br>WISCONSIN CENTRIFUGAL DIV<br>P.O. BOX 689368<br>CHICAGO, IL 60695-9368 | CONTACT: TOM CARPENTIER<br>PHONE: 800-722-7277<br>FAX: 423-622-2227<br>Tom.Carpentier@Metaltek.com | TRADE VENDOR | U | | | $650,520.00 |
| 11 | MARTEN LAW<br>1191 SECOND AVENUE<br>SUITE 2200<br>SEATTLE, WA 98101 | CONTACT: BRAD MARTEN<br>PHONE: 206-292-2600<br>FAX: 206-292-2601<br>bmarten@martenlaw.com | LEGAL | U | | | $481,974.23 |
| 12 | PRAXAIR DISTRIBUTION INC<br>39 RIDGEBURY ROAD<br>DANBURY, CT 06810 | CONTACT: JENNIFER SANDQUIST<br>PHONE: 800-266-4369<br>FAX: 800-772-9985<br>Jennifer_Sandquist@Praxair.com | TRADE VENDOR | U | | | $455,383.48 |
| 13 | MEDOVA HEALTHCARE FINANCIAL GROUP<br>345 N. RIVERVIEW, SUITE 600<br>WICHITA, KS 67203 | PHONE: 316-633-6821<br>FAX: 316-616-6160 | HEALTHCARE | U | | | $443,581.16 |
| 14 | ALLEN REFRACTORIES COMPANY<br>131 SHACKELFORD RD.<br>PATASKALA, OH 43062-9198 | CONTACT: PAT CASEY<br>PHONE: 740-927-8000<br>FAX: 740-927-9404<br>patrick.casey@allenrefractories.com | TRADE VENDOR | U | | | $435,917.91 |

Debtor: CONSTELLATION ENTERPRISES LLC                                  Case Number (if known):

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 15 | PORTER WRIGHT MORRIS & ARTHUR LLP<br>41 S HIGH STREET<br>SUITES 2800-3200<br>COLUMBUS, OH 43215-6194 | CONTACT: EMILY PYLES<br>PHONE: 614-227-1936<br>FAX: 614-227-2100<br>clientpayments@porterwright.com | LEGAL | U | | | $429,648.97 |
| 16 | MITCHELL - MCKINNEY SUPPLY CO<br>610 GREENLAWN AVE.<br>COLUMBUS, OH 43223-2615 | PHONE: 614-444-6732<br>FAX: 614-444-6850<br>sales@mitchellmckinney.com | TRADE VENDOR | U | | | $396,081.78 |
| 17 | AMERICAN ALLOY STEEL, INC.<br>6230 NORTH HOUSTON ROSSLYN ROAD<br>HOUSTON, TX 77091 | CONTACT: AL ACOCK<br>PHONE: 800-231-3502<br>FAX: 713-462-0527<br>alajr@aasteel.com | TRADE VENDOR | U | | | $363,755.11 |
| 18 | KING COUNTY TREASURY<br>500 4TH AVENUE RM 600<br>SEATTLE, WA 98104-2340 | PHONE: 206-263-2890<br>FAX: 206-263-2649<br>DOFweb.finance@kingcounty.gov | TAXES | U | | | $353,848.28 |
| 19 | ANCHOR QEA<br>720 OLIVE WAY<br>SUITE 1900<br>SEATTLE, WA 98101 | CONTACT: TOM SCHADT<br>PHONE: 206-287-9130<br>FAX: 206-287-9131<br>info@anchorqea.com | ENVIRONMENTAL | U | | | $343,788.57 |
| 20 | HUMTOWN PRODUCTS<br>44708 COLUMBIANA-WATERFORD RD.<br>P.O. BOX 367<br>COLUMBIANA, OH 44408 | CONTACT: PHIL STEINER<br>PHONE: 330-482-5555 x148<br>FAX: 330-482-9307<br>phil@humtown.com | TRADE VENDOR | U | | | $341,447.11 |
| 21 | STANDARD CAR TRUCK<br>865 BUSSE HIGHWAY<br>PARK RIDGE, IL 60608 | PHONE: 847-692-6050<br>FAX: 847-692-6299 | TRADE VENDOR | U | | | $335,521.14 |
| 22 | KEENER SAND & CLAY COMPANY<br>330 DERING AVE.<br>COLUMBUS, OH 43207 | CONTACT: CARL WEIFFENBACH, OWNER<br>PHONE: 614-444-1105<br>FAX: 614-444-1195 | TRADE VENDOR | U | | | $313,105.18 |
| 23 | DUBOIS CHEMICALS, INC.<br>3630 EAST KEMPER ROAD<br>SHARONVILLE, OH 45241-2011 | PHONE: 800-438-2647<br>FAX: 800-543-1720<br>cs@duboischemicals.com | TRADE VENDOR | U | | | $311,622.86 |

Debtor: CONSTELLATION ENTERPRISES LLC         Case Number (if known):

| Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 24 CHAMPION ENERGY SERVICES, LLC #774723 4723 SOLUTIONS CENTER CHICAGO, IL 60677-4077 | PHONE: 888-653-0087 FAX: 281-653-5080 customercaremanager@championenergyservices.com | UTILITIES | U | | | $310,478.17 |
| 25 CINTAS CORP (LOCATION 304) 6800 CINTAS BLVD P.O. BOX 625737 CINCINNATI, OH 45262-5737 | CONTACT: TAMMY MCCAFFERTY PHONE: 614-878-7313 FAX: 513-573-4030 mccaffertyt@cintas.com | TRADE VENDOR | U | | | $309,047.86 |
| 26 RYERSON P.O. BOX 655960 4606 SINGLETON BLVD DALLAS, TX 75265-5960 | CONTACT: ARACELI FIERRO PHONE: 800-637-4710 FAX: N/A araceli.fierro@ryerson.com | TRADE VENDOR | U | | | $289,861.79 |
| 27 ORRICK THE ORRICK BUILDING 405 HOWARD STREET SAN FRANCISCO, CA 94105-2669 | CONTACT: DAVID ELKIND PHONE: 304-231-2704 FAX: 415-773-5759 | LEGAL | U | | | $284,288.94 |
| 28 FASTENAL COMPANY 2001 THEURER BLVD WINONA, MN 55987 | CONTACT: STEVE LEAL PHONE: 425-501-6194 FAX: 507-453-4058 sleal@fastenal.com | TRADE VENDOR | U | | | $278,821.90 |
| 29 BEARING DISTRIBUTORS INC BDI 8000 HUB PARKWAY CLEVELAND, OH 44125 | CONTACT: JOHN RUTH, PRESIDENT PHONE: 216-642-9100 FAX: 216-642-9573 salessupport@bdi-usa.com | TRADE VENDOR | U | | | $242,935.60 |
| 30 MASSMUTUAL FBO PENSION PLAN EMPLOYEES OF METAL TECHNOLOGIES SOLUTIONS SA 127632 1295 STATE STREET SPRINGFIELD, MA 01111 | CONTACT: SHANNON ELMLINGER PHONE: 800-309-3539 FAX: 816-701-8004 selmlinger@massmutual.com | PENSION | U | | | $154,761.00 |

Official Form 204    Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 30 Largest Unsecured Claims    Page 4

| Fill in this information to identify the case and this filing: |
|---|

Debtor Name __Constellation Enterprises LLC__

United States Bankruptcy Court for the District of Delaware

Case number *(if known)*: _____

Official Form 202
**Declaration Under Penalty of Perjury for Non-Individual Debtors**     12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership, or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ☐ *Schedule A/B: Assets-Real and Personal Property* (Official Form 206A/B)
- ☐ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ☐ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ☐ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ☐ *Schedule H: Codebtors* (Official Form 206H)
- ☐ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ *Amended Schedule* ___
- ☐ *Chapter 11* or *Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☒ Other document that requires a declaration  Consolidated List of Creditors Who Have the 30 Largest Unsecured Claims and Are Not Insiders

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   05/16/2016            X   /s/ William Lowry
              MM/DD/YYYY                Signature of individual on behalf of debtor

                                        William Lowry
                                        Printed name

                                        Chief Financial Officer
                                        Position or relationship to debtor

Official Form 202    Declaration Under Penalty of Perjury for Non-Individual Debtors        Page 1

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) ) | Chapter 11 |
| **Constellation Enterprises LLC,**[1] | ) ) ) | Case No. 16-_____ (____) |
| Debtor. | ) ) ) | Joint Administration Pending |

### STATEMENT OF CORPORATE OWNERSHIP

Pursuant to Rules 1007(a)(1) and 7007.1 of the Fed. R. Bankr. P., Constellation Enterprises LLC ("**Constellation**"), on behalf of itself and its affiliated debtors in the above-captioned cases (collectively, the "**Debtors**"), respectfully represents as follows:

1. Constellation is the corporate parent of each of the other Debtors in these chapter 11 cases and directly or indirectly owns 100% interest in all of the Debtors.[2]

2. Constellation's equity securities are privately held. The following is a list of entities that own 10% or more of the issued and outstanding common stock of Constellation:

   a. Private Equity Opportunities LP owns 99.99% of the issued and outstanding common stock in Constellation.
   b. Protostar Equity Partners II, L.P. owns 0.01% of the issued and outstanding common stock in Constellation.

---

[1] The last four digits of the Debtor's taxpayer identification number is 9571 and its address is 50 Tice Boulevard, Suite 340, Woodcliff Lakes, NJ 07677.

[2] A corporate organizational chart depicting the ownership structure of the Debtors is attached as Exhibit A to the *Declaration of Timothy B. Stallkamp in Support of First Day Motions*, filed concurrently herewith.

| Fill in this information to identify the case and this filing: |
|---|

Debtor Name __Constellation Enterprises LLC__

United States Bankruptcy Court for the District of Delaware

Case number *(if known)*: _____

## Official Form 202
### Declaration Under Penalty of Perjury for Non-Individual Debtors     12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime.** Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership, or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ☐ *Schedule A/B: Assets-Real and Personal Property* (Official Form 206A/B)
- ☐ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ☐ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ☐ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ☐ *Schedule H: Codebtors* (Official Form 206H)
- ☐ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ *Amended Schedule* ___
- ☐ *Chapter 11* or *Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☒ Other document that requires a declaration __Statement of Corporate Ownership; List of Equity Security Holders Over 10%__

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    __05/16/2016__      X   __/s/ William Lowry__
                 MM/DD/YYYY           Signature of individual on behalf of debtor

                                                         __William Lowry__
                                                         Printed name

                                                         __Chief Financial Officer__
                                                         Position or relationship to debtor

Official Form 202         **Declaration Under Penalty of Perjury for Non-Individual Debtors**         Page 1