**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| CONSTELLATION ENTERPRISES LLC, *et al.,* | Case No. 16-11213 (CSS) |
| Debtors. | Joint Administration Pending |

## MOTION AND ORDER FOR ADMISSION *PRO HAC VICE*

Pursuant to Local Rule 9010-1 and the below certification, counsel moves the admission *pro hac vice* of Scott L. Alberino of Akin Gump Strauss Hauer & Feld LLP to represent the DIP Agent,[1] DIP Lenders[2] and Ad Hoc Group[3] in the above-captioned cases.

*/s/ M. Blake Cleary*
M. Blake Cleary (No. 3614)
Young Conaway Stargatt & Taylor, LLP
Rodney Square
1000 North King Street
Wilmington, DE 19801
Telephone: (302) 571-6600
Facsimile: (302) 571-1253

## CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE*

Pursuant to Local Rule 9010-1, I certify that I am eligible for admission to this Court, am admitted, practicing, and in good standing as a member of the Bar of the District of Columbia and submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules and with the Standing Order for District Court Fund effective March 25, 2014. I further certify that the annual fee of $25.00 has been paid to the Clerk of the Court for the District Court.

*/s/ Scott L. Alberino*
Scott L. Alberino
AKIN GUMP STRAUSS HAUER & FELD LLP
Robert S. Strauss Building
1333 New Hampshire Avenue, NW
Washington, D.C. 20036-1564
Telephone: (202) 887-4000
Facsimile: (202) 887-4288

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED that counsel's Motion for Admission *pro hac vice* is granted.

---

[1] Cortland Products Corp. shall serve as administrative and collateral agent (the "DIP Agent") to that certain *Senior Secured, Super-Super-Priority Debtor-in-Possession Credit Agreement* (the "DIP Credit Agreement").

[2] The DIP Lenders consist of those lenders facilitating a superpriority priming multiple draw term loan facility including an aggregate principal amount not to exceed $15,000,000 (the "New Money DIP Lenders") and those lenders facilitating a term loan facility in the amount of $[17,748,118] (the "Roll-up DIP Lenders").

[3] The Ad Hoc Group is comprised of the ad hoc group of unaffiliated holders of the 11.125% First Priority Senior Secured Notes due February 1, 2018 issued by the Debtors and their affiliates (the "Prepetition First Lien Notes").