# ORIGINAL

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | **Chapter 11** |
| | ) | |
| **Constellation Enterprises LLC,** | ) | **Case No. 16-11213 (CSS)** |
| | ) | |
| Debtor. | ) | |
| | ) | Re: Docket No. 2 |
| TAX I.D. No. 11-3829571 | ) | |
| | ) | |
| In re: | ) | **Chapter 11** |
| | ) | |
| **JFC Holding Corporation,** | ) | **Case No. 16-11221 (CSS)** |
| | ) | |
| Debtor. | ) | |
| | ) | Re: Docket No. 2 |
| TAX I.D. No. 91-1860312 | ) | |
| | ) | |
| In re: | ) | **Chapter 11** |
| | ) | |
| **The Jorgensen Forge Corporation,** | ) | **Case No. 16-11222 (CSS)** |
| | ) | |
| Debtor. | ) | |
| | ) | |
| TAX I.D. No. 91-1561717 | ) | Re: Docket No. 2 |
| | ) | |
| In re: | ) | **Chapter 11** |
| | ) | |
| **Columbus Holdings Inc.,** | ) | **Case No. 16-11214 (CSS)** |
| | ) | |
| Debtor. | ) | |
| | ) | Re: Docket No. 2 |
| TAX I.D. No. 06-1678155 | ) | |
| | ) | |
| In re: | ) | **Chapter 11** |
| | ) | |
| **Columbus Steel Castings Company,** | ) | **Case No. 16-11215 (CSS)** |
| | ) | |
| Debtor. | ) | |
| | ) | Re: Docket No. 2 |
| TAX I.D. No. 06-1678153 | ) | |

| | | |
|---|---|---|
| In re: | ) | **Chapter 11** |
| | ) | |
| **Zero Corporation,** | ) | **Case No. 16-11216 (CSS)** |
| | ) | |
| Debtor. | ) | |
| | ) | Re: Docket No. 2 |
| TAX I.D. No. 30-0040538 | ) | |
| | ) | |
| In re: | ) | **Chapter 11** |
| | ) | |
| **Zero Manufacturing, Inc.,** | ) | **Case No. 16-11217 (CSS)** |
| | ) | |
| Debtor. | ) | |
| | ) | Re: Docket No. 2 |
| TAX I.D. No. 36-4488362 | ) | |
| | ) | |
| In re: | ) | **Chapter 11** |
| | ) | |
| **Metal Technology Solutions, Inc.,** | ) | **Case No. 16-11218 (CSS)** |
| | ) | |
| Debtor. | ) | |
| | ) | Re: Docket No. 2 |
| TAX I.D. No. 52-2337203 | ) | |
| | ) | |
| In re: | ) | **Chapter 11** |
| | ) | |
| **Eclipse Manufacturing Co.,** | ) | **Case No. 16-11219 (CSS)** |
| | ) | |
| Debtor. | ) | |
| | ) | Re: Docket No. 2 |
| TAX I.D. No. 52-2341493 | ) | |

|  | ) |  |
|---|---|---|
| **In re:** | ) | **Chapter 11** |
|  | ) |  |
| **Steel Forming, Inc.,** | ) | **Case No. 16-11220 (CSS)** |
|  | ) |  |
| **Debtor.** | ) |  |
|  | ) | **Re: Docket No. 2** |
| **TAX I.D. No. 52-2324995** | ) |  |

## ORDER DIRECTING JOINT ADMINISTRATION
## OF THE DEBTORS' RELATED CHAPTER 11 CASES

Upon the motion (the "<u>Motion</u>")[1] of the above-captioned debtors and debtors-in-possession (collectively, the "<u>Debtors</u>") for entry of an order (this "<u>Order</u>") directing the joint administration of the Debtors' related chapter 11 cases; and upon the Stallkamp Declaration; and it appearing that the relief requested is in the best interests of the Debtors' estates, their creditors and other parties in interest; and it appearing that this Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334; and it appearing that this Motion is a core proceeding pursuant to 28 U.S.C. §§ 157(b)(2); and it appearing that venue of this proceeding and this Motion in this District is proper pursuant to 28 U.S.C. §§ 1408 and 1409; and due and proper notice of this Motion having been provided; and it appearing that no other or further notice need be provided; and after due deliberation and sufficient cause appearing therefor,

IT IS HEREBY ORDERED THAT:

1.    The Motion is GRANTED as set forth herein.

2.    The Chapter 11 Cases are consolidated for procedural purposes only and shall be jointly administered by this Court under Case No. 16-11213 (CSS).

3.    The consolidated caption of the jointly administered cases should read as follows:

---

[1] Capitalized terms used herein and not otherwise defined shall have the meanings given to them in the Motion.

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| **In re:** | **Chapter 11** |
| **Constellation Enterprises LLC, *et al.*,**[1] | **Case No. 16-11213 (CSS)** |
| **Debtors.** | **Jointly Administered** |

---

[1] The debtors in these cases, along with the last four digits of the federal tax identification number for each of the debtors, where applicable are:  Constellation Enterprises LLC (9571); JFC Holding Corporation (0312); The Jorgensen Forge Corporation (1717); Columbus Holdings Inc. (8155); Columbus Steel Castings Company (8153); Zero Corporation (0538); Zero Manufacturing, Inc. (8362); Metal Technology Solutions, Inc. (7203); Eclipse Manufacturing Co. (1493); and Steel Forming, Inc. (4995).  The debtors' mailing address is located at 50 Tice Boulevard, Suite 340, Woodcliff Lakes, NJ 07677.

4.    An entry shall be made on the docket of each of the Debtors' cases, other than that of Constellation Enterprises LLC, in a form substantially similar to the following:

> An order has been entered in accordance with Rule 1015(b) of the Federal Rules of Bankruptcy Procedure and Rule 1015-1 of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware directing joint administration of the chapter 11 cases of Constellation Enterprises LLC, JFC Holding Corporation, The Jorgensen Forge Corporation, Columbus Holdings Inc., Columbus Steel Castings Company, Zero Corporation, Zero Manufacturing, Inc., Metal Technology Solutions, Inc., Eclipse Manufacturing Co. and Steel Forming, Inc.  All further pleadings and other papers shall be filed in, and all further docket entries shall be made in, Case No. 16-11213 (CSS).

5.    All further pleadings and other papers shall be filed in, and all further docket entries shall be made in, Case No. 16-11213 (CSS).

6.    Nothing contained in the Motion or this Order shall be deemed or construed as directing or otherwise affecting a substantive consolidation of the Chapter 11 Cases.

7.    The terms and conditions of this Order shall be immediately effective and enforceable upon its entry.

4

8.    Any creditor filing a proof of claim against any of the Debtors shall clearly assert such claim against the particular Debtor obligated on such claim and not against the jointly administered Debtors, except as otherwise provided in any other order of this Court.

9.    The Debtors are authorized to take all actions necessary to effectuate the relief granted pursuant to this Order in accordance with the Motion.

10.    The Court retains jurisdiction with respect to all matters arising from or related to the implementation of this Order.

Dated: May 18, 2016
      Wilmington, Delaware

THE HONORABLE CHRISTOPHER S. SONTCHI
UNITED STATES BANKRUPTCY JUDGE

RLF1 14538293v.1