**UNITED STATES DEPARTMENT OF JUSTICE**
**OFFICE OF THE UNITED STATES TRUSTEE**
**DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| IN THE MATTER OF: | : | Chapter 11 |
| | : | |
| Constellation Enterprises LLC, *et al*. | : | Case No. 16-11213 (CSS) |
| | : | |
| | : | NOTICE OF APPOINTMENT OF |
| | : | COMMITTEE OF UNSECURED |
| Debtors. | : | CREDITORS |

--------------------------------

Pursuant to Section 1102(a)(1) of the Bankruptcy Code, I hereby appoint the following persons to the Committee of Unsecured Creditors in connection with the above captioned case:

1.      **U.S. Bank National Association,** Attn: Ziad Amra, 800 Nicollet Mall, BC-MN H22A, Minneapolis, MN 55402, Phone: 612-303-4517, Fax: 612-303-4660

2.      **G.O Carlson, Inc.- Electralloy,** Attn: Joseph C. Paparone II, 175 Main St., Oil City, PA 16301, Phone: 814-678-4141, Fax: 814-678-4277

3.      **PSC Metals, Inc.,** Attn: Joseph D. King, Esq., 5875 Landerbrook Dr., Ste. 200, Mayfield Heights, OH 44124, Phone: 440-753-5390, Fax: 440-753-5428

4.      **EAC Corporation** Attn: Christian Berkholtz, 907 S.E. Monterey Commons Blvd., Stuart, FL 34996, Phone: 772-220-2116, Fax: 772-220-6964

5.      **Steel Summit Holdings, Inc.**, Attn: Bill Wright, 1718 J.P. Hennessy Dr., Lavergne, TN 37086, Phone: 615-641-8656, Fax: 866-591-8493

6.      **Praxair**, c/o RMS (an iQor Company), Attn: Joe Yoause, 305 Fellowship Rd., Mount Laurel, NJ 08054, Phone: 888-560-2040

7.      **United Steelworkers**, Attn: David R. Jury, 60 Blvd. of the Allies, Room 807, Pittsburgh, PA 15222, Phone: 412-562-2545, Fax: 412-562-2574

ANDREW R. VARA
Acting United States Trustee, Region 3

 /s/ Linda Casey  for
T. PATRICK TINKER
ASSISTANT UNITED STATES TRUSTEE

DATED: May 31, 2016

Attorney assigned to this Case: Linda Casey, Esquire, Phone: (302) 573-6491, Fax: (302) 573-6497
Debtors' Counsel: Joseph Charles Barsalona II, Esquire, Phone: (302) 651-7542, Fax: (302) 498-7542