**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re | Chapter 11 |
| Constellation Enterprises LLC, *et al.*,[1] | Case No. 16-11213 (CSS) |
| Debtors. | Jointly Administered |

**NOTICE OF APPEARANCE AND DEMAND FOR NOTICES AND SERVICE OF PAPERS**

**PLEASE TAKE NOTICE** that Squire Patton Boggs (US) LLP hereby enters its appearance, pursuant to section 1109(b) of chapter 11 of Title 11 of the United States Code (the "**Bankruptcy Code**") and Rule 9010(b) of the Federal Rules of Bankruptcy Procedure (the "**Bankruptcy Rules**"), on behalf of the Official Committee of Unsecured Creditors (the "**Creditors' Committee**"). Such attorneys hereby request, pursuant to Bankruptcy Rules 2002, 3017, and 9007, and sections 342, 1102(a)(1), and 1109(b) of the Bankruptcy Code, that copies of all notices and pleadings given or filed in this case be given and served upon and that the mailing matrix include the following persons at the addresses, facsimile numbers, or electronic mail addresses set forth below:

Norman N. Kinel, Esq.
Nava Hazan, Esq.
**Squire Patton Boggs (US) LLP**
30 Rockefeller Plaza, 23rd Floor
New York, New York 10112
Telephone: (212) 872-9800
Facsimile: (212) 872-9815
norman.kinel@squirepb.com
nava.hazan@squirepb.com

---

[1] The Debtors in these cases, along with the last four digits of each Debtors' federal tax identification number, are: Constellation Enterprises LLC (9571); JFC Holding Corporation (0312); The Jorgensen Forge Corporation (1717); Columbus Holdings Inc. (8155); Columbus Steel Castings Company (8153); Zero Corporation (0538); Zero Manufacturing, Inc. (8362); Metal Technology Solutions, Inc. (7203); Eclipse Manufacturing Co. (1493); and Steel Forming, Inc. (4995). The debtors' mailing address is located at 50 Tice Boulevard, Suite 340, Woodcliff Lakes, NJ 07677.

-and-

Karol K. Denniston, Esq.
**Squire Patton Boggs (US) LLP**
Suite 2600 275 Battery Street
San Francisco, California  94111
Telephone: (415) 954-0200
Facsimile: (415) 393-9887
karol.denniston@squirepb.com

**PLEASE TAKE FURTHER NOTICE** that, pursuant to section 1109(b) of the Bankruptcy Code, the foregoing demand includes not only the notices and papers referred to in the Bankruptcy Rules specified above but also includes, without limitation, any notice, application, complaint, demand, motion, petition, pleading or request, whether formal or informal, written or oral, and whether transmitted or conveyed by mail, delivery, electronically, telephone, telegraph, telex or otherwise filed or made with regard to the referenced case and proceedings therein.

**PLEASE TAKE FURTHER NOTICE** that neither this notice of appearance nor any subsequent appearance, pleading, claim or suit is intended or shall be deemed to waive the Creditors' Committee's (i) right to have final orders in non-core matters entered only after de novo review by a higher court; (ii) right to trial by jury in any proceeding so triable herein or in any case, controversy or proceeding related hereto; (iii) right to have the reference withdrawn in any matter subject to mandatory or discretionary withdrawal; or (iv) other rights, claims, actions, defenses, setoffs, or recoupments to which the Creditors' Committee is or may be entitled under agreements, in law, or in equity, all of which rights, claims, actions, defenses, setoffs, and recoupments expressly are reserved.  Unless and until the Committee expressly states otherwise, the Committee does not consent to the jurisdiction or authority of the Bankruptcy Court with respect to the litigation of any non-core matter or any core matter constituting a *Stern* claim.

|  |  |
|---|---|
| Dated:  May 31, 2016<br>　　　New York, NY | **SQUIRE PATTON BOGGS (US) LLP**<br>Norman N. Kinel, Esq. (*pro hac vice* forthcoming)<br>Nava Hazan, Esq. (*pro hac vice* forthcoming)<br>30 Rockefeller Plaza, 23rd Floor<br>New York, New York 10112<br>Telephone:  (212) 872-9800<br>Facsimile:  (212) 872-9815<br>norman.kinel@squirepb.com<br>nava.hazan@squirepb.com<br><br>-and-<br><br>Karol K. Denniston, Esq. (*pro hac vice* forthcoming)<br>Suite 2600 275 Battery Street<br>San Francisco, California  94111<br>Telephone: (415) 954-0200<br>Facsimile: (415) 393-9887<br>karol.denniston@squirepb.com<br><br>PROPOSED COUNSEL FOR THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS |