## UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| **In re:** | Chapter 11 |
| | Case No. 16-11213 (CSS) |
| **Constellation Entreprises, LLC,** *et al.*[1] | Jointly Administered |
| **Debtors.** | **Hearing Date: June 1, 2016** |
| | **Docket Nos. 13, 24, 83, 84, 86, 103, 104** |

### RESERVATION OF RIGHTS OF OFFICIAL COMMITTEE OF UNSECURED CREDITORS WITH RESPECT TO DEBTORS' JOINDER IN SUPPORT OF THE RESPONSE OF THE PROPOSED NEW MONEY DIP LENDERS IN SUPPORT OF THE DEBTORS' DIP MOTION AND IN RESPONSE TO THE DDTL PARTIES' OBJECTION TO THE DIP MOTION AND RELATED PLEADINGS

The Official Committee of Unsecured Creditors (the "Committee") appointed in the cases of the above-captioned debtors and debtors-in-possession (the "Debtors"), by and through its proposed undersigned counsel, hereby submits this reservation of rights (the "Reservation of Rights") with respect to the *Debtors' Joinder in Support of the Response of the Proposed New Money DIP Lenders in Support of the Debtors' DIP Motion and in Response to the DDTL Parties' Objection to the DIP Motion* [D.I. 86] (the "Debtors Joinder") and related pleadings. In support of the Reservation of Rights, the Committee respectfully states as follows:

### BACKGROUND

1.    On May 16, 2016 and May 17, 2016 (together, the "Petition Date"), each of the Debtors filed a voluntary petition for relief under chapter 11 of the Bankruptcy Code. The

---

[1] The debtors in these jointly-administered proceedings (including the last four digits of their tax identification numbers) are: Constellation Enterprises LLC (9571); JFC Holding Corporation (0312); The Jorgensen Forge Corporation (1717); Columbus Holdings Inc. (8155); Columbus Steel Castings Company (8513); Zero Corporation (0538); Zero Manufacturing, Inc. (8362); Metal Technology Solutions, Inc. (7203); Eclipse Manufacturing Co (1493); and Steel Forming, Inc. (4995). The Debtors' mailing address is located at 50 Tice Boulevard, Suite 340, Woodcliff Lakes, NJ 07677.

Debtors are operating their businesses and managing their assets and property as debtors-in-possession pursuant to Bankruptcy Code sections 1107(a) and 1108.  No request for the appointment of a trustee or examiner has been made in these chapter 11 cases.  On May 26, 2016, the United States Trustee for the District of Delaware appointed the Committee pursuant to Section 1102(a)(1) of the Bankruptcy Code.[2]

2.      On May 17, 2016, the Debtors filed a *Motion for Entry of Interim and Final Orders (A) Authorizing Debtors to Obtain Postpetition Financing Pursuant to Section 364 of the Bankruptcy Code, (B) Authorizing Debtors to Use Cash Collateral, (C) Granting Adequate Protection to the Adequate Protection Parties, (D) Scheduling a Final Hearing, and (E) Granting Related Relief* [D.I. 13] (the "DIP Motion").[3]

3.      On May 17, 2016, the DDTL Parties filed an *Objection to Motion of Constellation Enterprises LLC for Entry of Interim and Final Orders (A) Authorizing the Debtors to Obtain Postpetition Secured Financing Pursuant to Section 364 of the Bankruptcy Code, (B) Authorizing the Debtors to Use Cash Collateral, (C) Granting Adequate Protection to the Adequate Protection Parties, (D) Scheduling a Final Hearing, and (E) Granting Related Relief* [D.I. 24].

4.      On May 23, 2016, following a preliminary hearing, the Court entered an order approving the DIP Motion on an interim basis [D.I. 71].  A further interim hearing on the DIP Motion has been scheduled for June 1, 2016 and a final hearing on the DIP Motion is currently scheduled for June 15, 2016.

---

[2] The formal notice of appointment of the Committee was filed on May 31, 2016 [D.I. 108].  The members of the Committee are: U.S. Bank National Association, G.O Carlson, Inc.-Electralloy, PSC Metals, Inc., EAC Corporation, Steel Summit Holdings, Inc., Praxair and United Steelworkers.

[3] Capitalized terms used but not defined herein shall have the meanings ascribed to them in the DIP Motion.

5.      On May 25, 2016, the DDTL Parties filed a *Brief in Opposition to Entry of Interim and Final Orders Authorizing the Debtors to Obtain Postpetition Secured Financing Pursuant to Section 364 of the Bankruptcy Code* [D.I. 83].

6.      On May 25, 2016, the New Money DIP Lenders filed a *Response in Support of the Debtors DIP Motion and Response to the DDTL Parties Objection to the DIP Motion* [D.I. 84].

7.      On May 27, 2016, the DDTL Parties filed a *Reply to (1) the Proposed New Money DIP Lenders Response in Support of the Debtors DIP Motion and Response to the DDTL Parties Objection to the DIP Motion and (2) the Debtors Joinder in Support of the Response* [D.I. 103].

8.      On May 27, 2016, the New Money DIP Lenders filed a *Reply to Brief of the DDTL Parties in Opposition to Entry of Interim and Final Orders Authorizing the Debtors to Obtain Postpetition Secured Financing Pursuant to Section 364 of the Bankruptcy Code* [D.I. 104].

9.      The dispute which is the subject of the pleadings listed above (the "Intercreditor Dispute") relates to the interpretation of the 2011 Intercreditor Agreement and the 2015 Intercreditor Agreement (as such terms are defined in the Debtors' Joinder).

## RESERVATION OF RIGHTS

10.      The Committee has not had sufficient time to determine the full impact of the Intercreditor Dispute and how any resolution of such dispute might affect the successful prosecution of the Debtors' chapter 11 cases.  Accordingly, the Committee hereby reserves its rights to raise any objections prior to or at the June 1, 2016 hearing or any subsequent proceedings relating to the Intercreditor Dispute.  The Committee further expressly reserves all rights to file any additional pleadings, including but not limited to, joinders to any supplemental

010-8228-0962/5/AMERICAS

objections or replies.  Nothing herein shall be deemed to be a waiver of any objections that the

Committee may have to the DIP Motion and all the Committee's rights in connection therewith

are hereby fully preserved.

Dated:  May 31, 2016
      Wilmington, DE

**SQUIRE PATTON BOGGS (US) LLP**
Norman N. Kinel, Esq. (*pro hac vice* forthcoming)
Nava Hazan, Esq. (*pro hac vice* forthcoming)
30 Rockefeller Plaza, 23rd Floor
New York, New York 10112
Telephone:  (212) 872-9800
Facsimile:  (212) 872-9815
norman.kinel@squirepb.com
nava.hazan@squirepb.com

-and-

Karol Denniston, Esq. (*pro hac vice* forthcoming)
275 Battery Street, Suite 2600
San Francisco, California 94111
Telephone:  (415) 954-0200
Facsimile:  (415) 393-9887
karol.denniston@squirepb.com

PROPOSED COUNSEL FOR THE OFFICIAL COMMITTEE
OF UNSECURED CREDITORS

010-8228-0962/5/AMERICAS