IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| In re: | ) ) | Chapter 11 |
| Constellation Enterprises LLC *et al.*,[1] | ) ) ) | Case No. 16-11213 (CSS) |
| Debtors. | ) ) ) | Jointly Administered |
|  | ) | Re: Docket Nos. 7, 38 & 49 |

CERTIFICATE OF NO OBJECTION REGARDING DEBTORS'
MOTION FOR ENTRY OF INTERIM AND FINAL ORDERS
(A) AUTHORIZING, BUT NOT DIRECTING, DEBTORS TO PAY CERTAIN
PREPETITION (I) WAGES, SALARIES AND OTHER COMPENSATION,
(II) REIMBURSABLE EMPLOYEE EXPENSES, AND (III) EMPLOYEE MEDICAL
AND SIMILAR BENEFITS AND (B) AUTHORIZING FINANCIAL INSTITUTIONS TO
HONOR ALL RELATED CHECKS AND ELECTRONIC PAYMENT REQUESTS

The undersigned hereby certifies that she has received no answer, objection, or any other responsive pleading with respect to the *Debtors' Motion for Entry of Interim and Final Orders (A) Authorizing, but not Directing, Debtors to Pay Certain Prepetition (I) Wages, Salaries and Other Compensation, (II) Reimbursable Employee Expenses, and (III) Employee Medical and Similar Benefits and (B) Authorizing Financial Institutions to Honor All Related Checks and Electronic Payment Requests* [Docket No. 7] (the "Motion") filed by the above-captioned debtors and debtors-in-possession (collectively, the "Debtors") with the United States Bankruptcy Court for the District of Delaware (the "Court") on May 17, 2016.

The undersigned further certifies that no answer, objection, or other responsive pleading to the Motion has appeared on the Court's docket in these cases.  Pursuant to the

---

[1] The debtors in these cases, along with the last four digits of the federal tax identification number for each of the debtors, where applicable are:  Constellation Enterprises LLC (9571); JFC Holding Corporation (0312); The Jorgensen Forge Corporation (1717); Columbus Holdings Inc. (8155); Columbus Steel Castings Company (8153); Zero Corporation (0538); Zero Manufacturing, Inc. (8362); Metal Technology Solutions, Inc. (7203); Eclipse Manufacturing Co. (1493); and Steel Forming, Inc. (4995).  The debtors' mailing address is located at 50 Tice Boulevard, Suite 340, Woodcliff Lakes, NJ  07677.

RLF1 14633683v.2

*Interim Order (A) Authorizing, but not Directing, Debtors to Pay Certain Prepetition (I) Wages, Salaries and Other Compensation, (II) Reimbursable Employee Expenses, and (III) Employee Medical and Similar Benefits; and (B) Authorizing Financial Institutions to Honor All Related Checks and Electronic Payment Requests* [Docket No. 38], entered on May 18, 2016, and the *Notice of (1) Entry of Interim Order (A) Authorizing, but not Directing, the Debtors to Pay Certain Prepetition (I) Wages, Salaries and Other Compensation, (II) Reimbursable Employee Expenses, and (III) Employee Medical and Similar Benefits; and (B) Authorizing Financial Institutions to Honor All Related Checks and Electronic Payment Requests and (2) Final Hearing Thereon* [Docket No. 49], filed on May 18, 2016, any objections or responses to the Motion were to be filed and served by no later than June 8, 2016, at 4:00 p.m. (EDT).

RLF1 14633683v.2

WHEREFORE, the Debtors respectfully request that the proposed form of order granting the relief requested in the Motion on a final basis, attached hereto as **Exhibit A**, (the "Final Order") be entered at the earliest convenience of the Court. Non-material changes were made to the Final Order, including those changes made to the related interim order at the hearing held on May 18, 2016. For the convenience of the Court and all parties in interest, a blackline of the Final Order against the original proposed final order filed with the Motion is attached hereto as **Exhibit B**.

Dated: June 10, 2016  
       Wilmington, Delaware

Respectfully submitted,

/s/ *Rachel L. Biblo*  
Daniel J. DeFranceschi (No. 2732)  
Zachary I. Shapiro (No. 5103)  
Rachel L. Biblo (No. 6012)  
Joseph C. Barsalona II (No. 6102)  
RICHARDS, LAYTON & FINGER, P.A.  
One Rodney Square  
920 North King Street  
Wilmington, Delaware 19801  
Telephone: (302) 651-7700  
Facsimile: (302) 651-7701  

-and-

Adam C. Rogoff  
Joseph A. Shifer  
KRAMER LEVIN NAFTALIS & FRANKEL LLP  
1177 Avenue of the Americas  
New York, New York 10036  
Telephone: (212) 715-9100  
Facsimile: (212) 715-8000  

*Proposed Attorneys for the Debtors and Debtors-in-Possession*

RLF1 14633683v.2