**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| **In re:** | ) ) | **Chapter 11** |
| **Constellation Enterprises LLC, *et al.*,**[1] | ) ) | **Case No. 16-11213 (CSS)** |
| **Debtors.** | ) ) ) ) | **Jointly Administered**  Re:  D.I. 87 |

**NOTICE OF (I) DEBTORS' INTENT TO SEEK TO SELL CSC'S ASSETS PURSUANT TO FORMAL BIDDING AND/OR AUCTION PROCESS AND (II) FILING OF (A) REVISED BIDDING PROCEDURES ORDER, (B) REVISED BIDDING PROCEDURES AND (C) FORM ASSET PURCHASE AGREEMENT**

PLEASE TAKE NOTICE that on May 16, 2016 and May 17, 2016, the above-captioned debtors and debtors-in-possession (collectively, the "Debtors") filed voluntary petitions for relief under chapter 11 of title 11 of the United States Code (the "Bankruptcy Code") in the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court").

PLEASE TAKE FURTHER NOTICE that on May 25, 2016, the Debtors filed a motion [Docket No. 87] (the "Motion")[2] with the Bankruptcy Court seeking, among other things, (i) entry of the Private Sale Order that approves a Private Sale of CSC's assets ("CSC's Assets") to the Private Sale Purchaser, or (ii) in the alternative, (a) entry of the Bidding Procedures Order that approves certain bidding and auction procedures and bidding protections and (b) entry of the Sale Order that approves a Sale Transaction of CSC's Assets to the Successful Bidder.

**PLEASE TAKE FURTHER NOTICE THAT THE DEBTORS HAVE DETERMINED NOT TO SEEK TO SELL CSC'S ASSETS TO THE PRIVATE SALE PURCHASER PURSUANT TO A PRIVATE SALE AND, INSTEAD, ARE SEEKING ENTRY OF A REVISED FORM OF THE BIDDING PROCEDURES ORDER IN THE FORM ATTACHED HERETO AS EXHIBIT A (THE "REVISED BIDDING PROCEDURES ORDER").**

PLEASE TAKE FURTHER NOTICE that the Revised Bidding Procedures Order approves (i) revised Bidding Procedures (the "Revised Bidding Procedures") in the form attached to the Revised Bidding Procedures Order as Exhibit 1 thereto and (ii) a revised Sale

---

[1] The debtors in these cases, along with the last four digits of the federal tax identification number for each of the debtors, where applicable are:  Constellation Enterprises LLC (9571); JFC Holding Corporation (0312); The Jorgensen Forge Corporation (1717); Columbus Holdings Inc. (8155); Columbus Steel Castings Company (8153); Zero Corporation (0538); Zero Manufacturing, Inc. (8362); Metal Technology Solutions, Inc. (7203); Eclipse Manufacturing Co. (1493); and Steel Forming, Inc. (4995).  The debtors' mailing address is located at 50 Tice Boulevard, Suite 340, Woodcliff Lakes, NJ  07677.

[2] Capitalized terms used but not defined herein shall have the meanings ascribed to them in the Motion.

RLF1 14624810v.2

Notice in the form attached to the Revised Bidding Procedures as Exhibit 2 thereto (the "Revised Sale Notice").

  PLEASE TAKE FURTHER NOTICE that, for the convenience of the Bankruptcy Court and all parties in interest, blackline comparisons of the Revised Bidding Procedures Order, the Revised Bidding Procedures and the Revised Sale Notice showing the changes made to such documents from the versions of such documents that were originally filed with the Motion are attached hereto as Exhibit B.

  PLEASE TAKE FURTHER NOTICE that attached to the Revised Bidding Procedures as Exhibit 1 thereto is a form asset purchase agreement (the "Purchase Agreement") that provides for the acquisition of CSC's Assets free and clear of any and all claims, liens, encumbrances and other interests pursuant to section 363 of the Bankruptcy Code. Pursuant to the Revised Bidding Procedures, any potential bidder that wishes to submit a Bid for the Assets, including any such bidder that wishes to be a Stalking Horse Bidder, must include, among other things, a modified Purchase Agreement with such Bid.

  PLEASE TAKE FURTHER NOTICE that the Revised Bidding Procedures Order seeks approval of the following dates and deadlines in connection with the Sale of CSC's Assets:

| | |
|---|---|
| July 1, 2016 | Date by which Debtor may Designate Stalking Horse Bidder and Enter into Stalking Horse Agreement |
| July 11, 2016 at 5:00 p.m. (prevailing Eastern Time) | Deadline to submit bids |
| July 14, 2016 at 10:00 a.m. (prevailing Eastern Time) | Auction (if necessary) |
| July 18, 2016 at 4:00 p.m. (prevailing Eastern Time) | Deadline to object to the Sale to the Successful Bidder, including adequate assurance of future performance |
| July 22, 2016 at __:__ _.m. (prevailing Eastern Time) | Hearing on approval of the Sale to the Successful Bidder |
| August 22, 2016 at 5:00 p.m. (prevailing Eastern Time) | Outside Closing Date |

  PLEASE TAKE FURTHER NOTICE that, at the hearing scheduled for June 15, 2016 at 10:00 a.m., the Debtors intend to ask the Bankruptcy Court to enter the Revised Bidding Procedures Order. To the extent that the Debtors make further revisions to the Revising Bidding Procedures Order (including any exhibit thereto), the Debtors intend to present a blacklined copy of such revised document to the Bankruptcy Court at the June 15 hearing.

| | |
|---|---|
| Dated: June 13, 2016<br>       Wilmington, Delaware | Respectfully submitted,<br><br> /s/ *Rachel L. Biblo*<br>Daniel J. DeFranceschi (No. 2732)<br>Zachary I. Shapiro (No. 5103)<br>Rachel L. Biblo (No. 6012)<br>Joseph C. Barsalona II (No. 6102)<br>Brett M. Haywood (No. 6166)<br>RICHARDS, LAYTON & FINGER, P.A.<br>One Rodney Square<br>920 North King Street<br>Wilmington, Delaware 19801<br>Telephone:  (302) 651-7700<br>Facsimile:  (302) 651-7701<br><br>-and-<br><br>Adam C. Rogoff<br>Joseph A. Shifer<br>KRAMER LEVIN NAFTALIS & FRANKEL LLP<br>1177 Avenue of the Americas<br>New York, New York 10036<br>Telephone:  (212) 715-9100<br>Facsimile:  (212) 715-8000<br><br>*Proposed Attorneys for the Debtors and Debtors-in-Possession* |