IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| Constellation Enterprises LLC, *et al.*,[1] | ) Case No. 16-11213 (CSS) |
| | ) |
| Debtors. | ) Jointly Administered |
| | ) |
| | ) Re: Docket Nos. 5, 36 & __216__ |

**FINAL ORDER PURSUANT TO SECTIONS 105(A) AND 363(B) OF THE
BANKRUPTCY CODE AUTHORIZING DEBTORS TO PAY
PREPETITION TAXES AND OTHER CHARGES**

Upon the motion (the "Motion")[2] of the above-captioned debtors and debtors-in-possession (collectively, the "Debtors") for entry of an order (this "Order") authorizing, but not requiring, the Debtors to remit and pay business and occupation taxes, commercial activity taxes, franchise taxes, property and real estate taxes, sales taxes, use taxes and Canadian goods and services taxes and such other taxes and fees as the Debtors, in their discretion, deem necessary; and upon the Stallkamp Declaration; and it appearing that the relief requested is in the best interests of the Debtors' estates, their creditors and other parties in interest; and it appearing that failure to grant the relief requested in the Motion immediately will cause immediate and irreparable harm to the Debtors; and it appearing that this Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334; and it appearing that this Motion is a core proceeding pursuant to 28 U.S.C. §157(b); and it appearing that venue of this proceeding and this Motion in this District is proper pursuant to 28 U.S.C. §§ 1408 and 1409; and notice of this Motion and the

---

[1] The debtors in these cases, along with the last four digits of the federal tax identification number for each of the debtors, where applicable are: Constellation Enterprises LLC (9571); JFC Holding Corporation (0312); The Jorgensen Forge Corporation (1717); Columbus Holdings Inc. (8155); Columbus Steel Castings Company (8153); Zero Corporation (0538); Zero Manufacturing, Inc. (8362); Metal Technology Solutions, Inc. (7203); Eclipse Manufacturing Co. (1493); and Steel Forming, Inc. (4995). The debtors' mailing address is located at 50 Tice Boulevard, Suite 340, Woodcliff Lakes, NJ 07677.

[2] Capitalized terms not defined herein shall have the meanings ascribed to them in the Motion.

RLF1 14631044v.1

opportunity for a hearing on this Motion was appropriate under the particular circumstances; and after due deliberation and sufficient cause appearing therefor,

IT IS HEREBY ORDERED THAT:

1. The Motion is GRANTED as set forth herein.

2. The Debtors are authorized, but not required, to pay and remit to various Taxing Authorities business and occupation taxes, commercial activity taxes, franchise taxes, property and real estate taxes, sales taxes, use taxes and Canadian goods and services taxes relating to periods prior to the Petition Date and such other taxes as the Debtors, in their discretion, deem necessary, in an aggregate amount not to exceed $620,000.00.

3. Nothing in the Motion or this Order, nor as a result of the Debtors' payment of amounts pursuant to this Order, shall be deemed or construed as: (a) an admission as to the validity or priority of any claim against the Debtors; (b) a waiver of the Debtors' or any other parties' rights to dispute any claim; or (c) an approval or assumption of any agreement, contract or lease pursuant to section 365 of the Bankruptcy Code.

4. The requirements set forth in Bankruptcy Rule 6003(b) are satisfied by the contents of the Motion.

5. Notwithstanding the possible applicability of Bankruptcy Rule 6004(h), the terms and conditions of this Order shall be immediately effective and enforceable upon its entry.

6. The Debtors are authorized and empowered to take all actions necessary to implement the relief granted in this Order.

7. This Court retains jurisdiction with respect to all matters arising from or related to the implementation of this Order.

Dated: **June 13**, 2016
Wilmington, Delaware

_____
THE HONORABLE CHRISTOPHER S. SONTCHI
UNITED STATES BANKRUPTCY JUDGE