IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| Constellation Enterprises LLC, *et al.*,[1] | ) Case No. 16-11213 (CSS) |
| Debtors. | ) Jointly Administered |
| | ) Re: Docket Nos. 10, 41 & 50 |

**FINAL ORDER AUTHORIZING PAYMENT OF CERTAIN PREPETITION
COMMON CARRIER, WAREHOUSE AND RELATED OBLIGATIONS**

Upon the motion (the "Motion") of the above-captioned debtors and debtors-in-possession (collectively, the "Debtors") for entry of an order (this "Order") authorizing, but not directing, the Debtors to pay certain prepetition claims of shippers, logistics providers, warehousemen and other lien claimants; and upon the Stallkamp Declaration; and it appearing that the relief requested is in the best interests of the Debtors' estates, their creditors and other parties in interest; and it appearing that failure to grant the relief requested in the Motion[2] immediately will cause immediate and irreparable harm to the Debtors; and it appearing that this Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334; and it appearing that this Motion is a core proceeding pursuant to 28 U.S.C. §157(b); and it appearing that venue of this proceeding and this Motion in this District is proper pursuant to 28 U.S.C. §§ 1408 and 1409; and notice of this Motion and the opportunity for a hearing on this Motion was appropriate under the particular circumstances; and after due deliberation and sufficient cause appearing therefor,

---

[1] The debtors in these cases, along with the last four digits of the federal tax identification number for each of the debtors, where applicable are: Constellation Enterprises LLC (9571); JFC Holding Corporation (0312); The Jorgensen Forge Corporation (1717); Columbus Holdings Inc. (8155); Columbus Steel Castings Company (8153); Zero Corporation (0538); Zero Manufacturing, Inc. (8362); Metal Technology Solutions, Inc. (7203); Eclipse Manufacturing Co. (1493); and Steel Forming, Inc. (4995). The debtors' mailing address is located at 50 Tice Boulevard, Suite 340, Woodcliff Lakes, NJ 07677.

[2] Capitalized terms not defined herein shall have the meanings ascribed to them in the Motion.

RLF1 14643518v.1

IT IS HEREBY ORDERED THAT:

1. The Motion is GRANTED as set forth herein.

2. Pursuant to sections 105(a) and 363(b) of the Bankruptcy Code and Bankruptcy Rule 6003, the Debtors are authorized, but not directed, to make such payments, in amounts not to exceed $402,000.00 in the aggregate absent further order of the Court, to the Common Carriers as the Debtors determine, in the exercise of their business judgment, are necessary or appropriate in order to obtain release of goods held by such Common Carriers.

3. All payments made pursuant to this Order shall be subject to the following conditions:

    a. The Debtors shall determine which parties, if any, are entitled to payment; and

    b. Prior to making a payment to a party, the Debtors may settle all or some of the prepetition claims of such party for less than their face amount without further notice or hearing.

4. The Debtors are authorized to issue post-petition checks as necessary to replace any prepetition checks that were issued with respect to the Goods Charges that may be dishonored.

5. Nothing in this Order or the Motion shall be deemed to constitute an assumption of an executory contract, whether under 11 U.S.C. § 365 or otherwise.

6. The provisions contained herein shall not be construed to limit, or in any way affect, the Debtors' or any other parties' ability to contest any claims on any ground permitted by applicable law.

7. The Debtors, their officers, employees and agents, are authorized to take or refrain from taking such acts as are necessary and appropriate to implement and effectuate the relief granted herein.

Dated: ___June 14___, 2016
Wilmington, Delaware

_____
THE HONORABLE CHRISTOPHER S. SONTCHI
UNITED STATES BANKRUPTCY JUDGE