IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re: | Chapter 11 |
| Constellation Enterprises LLC, *et al.*,[1] | Case No. 16-11213 (CSS) |
| Debtors. | Jointly Administered |
|  | Re: D.I. 87 & 260 |

NOTICE OF POTENTIAL STALKING HORSE
HEARING, BID DEADLINE, AUCTION AND SALE HEARING

PLEASE TAKE NOTICE that on May 16, 2016 and May 17, 2016, the debtors and debtors in possession in the above-captioned chapter 11 cases (collectively, the "Debtors") filed voluntary petitions for relief under chapter 11 of the Bankruptcy Code.

PLEASE TAKE FURTHER NOTICE that on May 25, 2016, the Debtors filed a motion (the "Motion")[2] with the Bankruptcy Court seeking, among other things, entry of the Bidding Procedures Order: (i) approving proposed Bidding Procedures by which Debtor Columbus Steel Castings Company may solicit and select the highest or otherwise best offer for the sale of substantially all or a portion of its assets (the "Assets") through one or more Sales of the Assets; (ii) establishing the Assumption and Assignment Procedures; (iii) approving the form and manner of notice with respect to certain procedures, protections, schedules, and agreements described therein and attached thereto; (iv) scheduling (a) an Auction if the Debtors receive two or more timely and acceptable Qualified Bids; and (b) a final hearing (the "Sale Hearing") to approve one or more Sales of the Assets; and (v) granting related relief.

PLEASE TAKE FURTHER NOTICE that on June 15, 2016, the Bankruptcy Court entered the Bidding Procedures Order [D.I. 260]. As is set forth in greater detail below, the Bidding Procedures Order approved the following dates and deadlines in connection with the sale of CSC's Assets:

| | |
|---|---|
| July 1, 2016 | Date by which Debtor may Designate Stalking Horse Bidder and Enter into Stalking Horse Agreement |

---

[1] The debtors in these cases, along with the last four digits of the federal tax identification number for each of the debtors, where applicable are: Constellation Enterprises LLC (9571); JFC Holding Corporation (0312); The Jorgensen Forge Corporation (1717); Columbus Holdings Inc. (8155); Columbus Steel Castings Company (8153); Zero Corporation (0538); Zero Manufacturing, Inc. (8362); Metal Technology Solutions, Inc. (7203); Eclipse Manufacturing Co. (1493); and Steel Forming, Inc. (4995). The debtors' mailing address is located at 50 Tice Boulevard, Suite 340, Woodcliff Lakes, NJ 07677.

[2] Capitalized terms used but not defined herein shall have the meanings ascribed to them in the Motion.

RLF1 14650129v.1

| | |
|---|---|
| July 11, 2016 at 5:00 p.m. (prevailing Eastern Time) | Deadline to submit bids |
| July 14, 2016 at 10:00 a.m. (prevailing Eastern Time) | Auction (if necessary) |
| July 18, 2016 at 4:00 p.m. (prevailing Eastern Time) | Deadline to object to the Sale to the Successful Bidder, including adequate assurance of future performance |
| July 22, 2016 at 11:00 a.m. (prevailing Eastern Time) | Hearing on approval of the Sale to the Successful Bidder |
| August 22, 2016 at 5:00 p.m. (prevailing Eastern Time) | Outside Closing Date |

### Potential Stalking Horse Hearing

PLEASE TAKE FURTHER NOTICE that, pursuant to the relief granted to the Debtors in the Bidding Procedures Order, the Debtors may enter into a Stalking Horse Agreement with a Stalking Horse Bidder, to establish a minimum Qualified Bid at the Auction. The Stalking Horse Agreement may contain certain customary terms and conditions, as set forth in the Bidding Procedures, including expense reimbursement and a break-up fee in favor of the Stalking Horse Bidder (the "Bid Protections") in amounts to be determined by the Debtors, in each case, in consultation with the Consultation Parties, but not to exceed, in the aggregate, three percent (3%) of the proposed purchase price for the Assets.

PLEASE TAKE FURTHER NOTICE that the Debtors may, with the consent of the Consultation Parties and the U.S. Trustee (which consent may be withheld), submit an order to the Bankruptcy Court under certification of counsel that approves such Bid Protections (the "Stalking Horse Order").

PLEASE TAKE FURTHER NOTICE that, in the event that the Consultation Parties and the U.S. Trustee do not each consent to the Bid Protections and the form of Stalking Horse Order, the Debtors may file a notice seeking an expedited hearing on not less than seven calendar days' notice (the "Stalking Horse Hearing") on approval of entry into the Stalking Horse Agreement and any Bid Protections included therein, and all parties in interest shall have the right at the Stalking Horse Hearing to object to the designation of the Stalking Horse Bidder, the provision of Bid Protections to such Stalking Horse Bidder and the terms and conditions under which such Bid Protections would be payable to the Stalking Horse Bidder.

### The Auction

PLEASE TAKE FURTHER NOTICE that pursuant to the Bidding Procedures Order, if the Debtors receive two or more timely and acceptable Qualified Bids for the same Assets, the Debtors will conduct the Auction on **July 14, 2016 at 10:00 a.m. (ET)** at the offices of co-counsel for the Debtors, Richards, Layton & Finger, P.A., One Rodney Square, 920 N. King Street, Wilmington, Delaware 19801, or such other place and time as the Debtors shall notify all

Qualified Bidders and the Consultation Parties.[3]  The Bid Deadline is **July 11, 2016 at 5:00 p.m. (ET)**.  **All interested or potentially affected parties should carefully read the Bidding Procedures and the Bidding Procedures Order.**  The Debtors have the right to adjourn or cancel the Auction at or prior to the Auction.

### The Sale Hearing

**PLEASE TAKE FURTHER NOTICE** that the Sale Hearing to consider approval of the sale of the Assets to the Successful Bidder(s) at the Auction, <u>free and clear of all liens, claims, interests, and encumbrances</u> in accordance with Bankruptcy Code section 363(f), will be held before the Honorable Christopher S. Sontchi, United States Bankruptcy Judge for the District of Delaware, at the Bankruptcy Court, 824 North Market Street, 5th Floor, Courtroom 6, Wilmington, Delaware 19801 on **July 22, 2016 at 11:00 a.m. (ET)**.

PLEASE TAKE FURTHER NOTICE that objections to the Sale(s), if any, must be filed and served so as to be actually received by the Objection Recipients by no later than **July 18, 2016 at 4:00 p.m. (ET)**.

PLEASE TAKE FURTHER NOTICE that the "Objection Recipients" are:  (a) the Debtors, 50 Tice Boulevard, Suite 340, Woodcliff Lakes, NJ 07677, Attn.: Donald S. MacKenzie (dmackenzie@conwaymackenzie.com); (b) counsel to the Debtors, Kramer Levin Naftalis & Frankel LLP, 1177 Avenue of the Americas, New York, New York, 10036 Attn: Adam Rogoff (arogoff@kramerlevin.com); (c) co-counsel to the Debtors, Richards, Layton & Finger, P.A., One Rodney Square, 920 North King Street, Wilmington Delaware 19801, Attn:  Daniel J. DeFranceschi (defranceschi@rlf.com); (d) counsel to the Roll-up DIP Lenders, Hahn & Hessen LLP, 488 Madison Avenue, New York, New York 10002, Attn:  William C. Robertson (wrobertson@hahnhessen.com); (e) counsel to the DIP Lenders, Akin Gump Strauss Hauer & Feld, 1333 New Hampshire Avenue NW, Washington, DC 20036, Attn: Scott L. Alberino (salberino@akingump.com) and One Bryant Park, New York, New York, Attn: Jason P. Rubin (jrubin@akingump.com); (f) counsel to the Prepetition DDTL Lenders, Fried, Frank, Harris, Shriver & Jacobson LLP, One New York Plaza, New York, New York 10004, Attn: Matthew M. Roose (matthew.roose@friedfrank.com); (g) proposed counsel to the Committee, Squire Patton Boggs, 30 Rockefeller Plaza, New York, New York 10112, Attn: Norman N. Kinel (norman.kinel@squirepb.com); (h) the Office of The United States Trustee, 844 King Street, Suite 2207, Lockbox 35, Wilmington, Delaware 19801, Attn:  Linda Casey (linda.casey@usdoj.gov); (i) if applicable, counsel to any Stalking Horse Bidder(s); (j) entities on the Rule 2002 Notice List; and (k) if known on the Sale Objection Deadline, any Successful Bidder(s).

**PLEASE TAKE FURTHER NOTICE THAT UNLESS AN OBJECTION IS TIMELY SERVED AND FILED IN ACCORDANCE WITH THIS NOTICE, IT MAY NOT BE CONSIDERED BY THE BANKRUPTCY COURT AND THE BANKRUPTCY**

---

[3] For the avoidance of doubt, the Debtors may conduct the Auction whether or not a Stalking Horse Bidder has been designated by the Debtors.

**COURT MAY GRANT THE RELIEF REQUESTED IN THE MOTION WITHOUT FURTHER HEARING AND NOTICE.**

PLEASE TAKE FURTHER NOTICE that this Notice of Potential Stalking Horse Hearing, Bid Deadline, Auction and Sale Hearing is subject to the terms and conditions of the Motion and the Bidding Procedures Order, with such Bidding Procedures Order controlling in the event of any conflict, and the Debtors encourage parties in interest to review such documents in their entirety. Parties interested in receiving more information regarding the sale of the Assets and/or copies of any related document, including the Motion or the Bidding Procedures Order, may make a written request to the undersigned co-counsel to the Debtors. In addition, copies of the Motion, the Bidding Procedures Order and this Notice may be examined and/ reviewed by interested parties (i) free of charge at the website established for these chapter 11 cases by the Debtors' Bankruptcy Court-approved claims and noticing agent, Epiq Bankruptcy Solutions LLC, at http://dm.epiq11.com/COE, or (ii) on the Bankruptcy Court's electronic docket for the Debtors' chapter 11 cases, which is posted on the Internet at www.deb.uscourts.gov (a PACER login and password are required and can be obtained through the PACER Service Center at www.pacer.psc.uscourts.gov).

Dated: June 15, 2016

Respectfully submitted,

 /s/ Rachel L. Biblo
Daniel J. DeFranceschi (No. 2732)
Zachary I. Shapiro (No. 5103)
Rachel L. Biblo (No. 6012)
Joseph C. Barsalona II (No. 6102)
RICHARDS, LAYTON & FINGER, P.A.
One Rodney Square
920 North King Street
Wilmington, Delaware 19801
Telephone: (302) 651-7700
Facsimile: (302) 651-7701

-and-

Adam C. Rogoff
Joseph A. Shifer
KRAMER LEVIN NAFTALIS & FRANKEL LLP
1177 Avenue of the Americas
New York, New York 10036
Telephone: (212) 715-9100
Facsimile: (212) 715-8000

*Attorneys for the Debtors and Debtors-in-Possession*