## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| **In re:** | ) | **Chapter 11** |
|  | ) |  |
| **Constellation Enterprises LLC,** *et al.*, | ) | **Case No. 16-11213 (CSS)** |
|  | ) |  |
| **Debtors.** | ) | **Jointly Administered** |
|  | ) |  |
|  | ) | **Re: Docket No. 254** |

### ORDER SCHEDULING OMNIBUS HEARING DATE

Pursuant to Del. Bankr. L.R. 2002-1(a), this Court has scheduled the following omnibus hearing date in the above-captioned chapter 11 cases:

| **Date & Time** | **Location** |
|---|---|
| July 22, 2016 at 11:00 a.m. (EDT) | U.S. Bankruptcy Court for the District of Delaware 824 North Market Street, 5th Floor, Courtroom 6, Wilmington, Delaware 19801 |

**Dated: June 16th, 2016**
**Wilmington, Delaware**

**CHRISTOPHER S. SONTCHI**
**UNITED STATES BANKRUPTCY JUDGE**