# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| Constellation Enterprises LLC, *et al.*,[1] | ) Case No. 16-11213 (CSS) |
| Debtors. | ) Jointly Administered |
| | ) Re: Docket Nos. 87 & 260 |

## NOTICE REGARDING STATUS OF THE SALE OF CSC'S ASSETS

PLEASE TAKE NOTICE that on May 25, 2016, the above-captioned debtors and debtors-in-possession (collectively, the "Debtors"), filed the *Debtors' Motion for Entry of (I) an Order Authorizing the Sale of CSC's Assets to the Private Sale Purchaser or, in the Alternative, (II) (A) an Order Establishing Bidding Procedures and Granting Related Relief and (B) an Order Approving the Sale of CSC's Assets to the Successful Bidder* [Docket No. 87] (the "Motion") with the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court").

PLEASE TAKE FURTHER NOTICE that on June 15, 2016, the Bankruptcy Court entered the *Order Establishing Bidding Procedures and Granting Related Relief* [Docket No. 260] (the "Bidding Procedures Order").[2] Pursuant to the Bidding Procedures Order, at any time before July 1, 2016, the Debtors may enter into a Stalking Horse Agreement to establish a minimum Qualified Bid at the Auction. As of the date hereof, the Debtors are continuing to

---

[1] The debtors in these cases, along with the last four digits of the federal tax identification number for each of the debtors, where applicable are: Constellation Enterprises LLC (9571); JFC Holding Corporation (0312); The Jorgensen Forge Corporation (1717); Columbus Holdings Inc. (8155); Columbus Steel Castings Company (8153); Zero Corporation (0538); Zero Manufacturing, Inc. (8362); Metal Technology Solutions, Inc. (7203); Eclipse Manufacturing Co. (1493); and Steel Forming, Inc. (4995). The debtors' mailing address is located at 50 Tice Boulevard, Suite 340, Woodcliff Lakes, NJ 07677.

[2] Capitalized terms used but not defined herein shall have the meanings ascribed to such terms in the Bidding Procedures Order.

RLF1 14757062v.1

work with various parties to negotiate the terms of a Stalking Horse Agreement, as well as other Qualified Bids. Accordingly, a Stalking Horse Notice and a Stalking Horse Agreement are not being filed at this time.

PLEASE TAKE FURTHER NOTICE that in accordance with the Bidding Procedures Order, the Debtors reserve the right to file a Stalking Horse Notice with a Stalking Horse Agreement at a later date.

| | |
|---|---|
| Dated: July 1, 2016<br>Wilmington, Delaware | Respectfully submitted,<br><br>*/s/ Rachel L. Biblo*<br>Daniel J. DeFranceschi (No. 2732)<br>Zachary I. Shapiro (No. 5103)<br>Rachel L. Biblo (No. 6012)<br>Joseph C. Barsalona II (No. 6102)<br>RICHARDS, LAYTON & FINGER, P.A.<br>One Rodney Square<br>920 North King Street<br>Wilmington, Delaware 19801<br>Telephone: (302) 651-7700<br>Facsimile: (302) 651-7701<br><br>-and-<br><br>Adam C. Rogoff (admitted *pro hac vice*)<br>Joseph A. Shifer (admitted *pro hac vice*)<br>KRAMER LEVIN NAFTALIS & FRANKEL LLP<br>1177 Avenue of the Americas<br>New York, New York 10036<br>Telephone: (212) 715-9100<br>Facsimile: (212) 715-8000<br><br>*Attorneys for the Debtors and Debtors-in-Possession* |