## IN THE UNITED STATES BANKRUPTCY COURT
## OF THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>CONSTELLATION ENTERPRISES LLC, *et al.*,[1]<br><br>Debtors. | Chapter 7<br><br>Case No. 16-11213 (CSS)<br>(Jointly Administered) |
| DAVID W. CARICKHOFF, solely in his capacity as chapter 7 trustee for the estate of COLUMBUS STEEL CASTINGS COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>*See* Defendants listed on **Exhibit A**. | Adv. Pro. No. *See* **Exhibit A.** |

### NOTICE OF AGENDA OF MATTERS SCHEDULED FOR
### HEARING ON JANUARY 29, 2019 AT 2:00 P.M.

**UNCONTESTED MATTERS WITH CNO**

1.      Chapter 7 Trustee's Motion for an Order Approving Settlement with U.S. Bank National Association d/b/a U.S. Bank N.A (filed December 14, 2018) [Dkt. No. 1264]

Response Deadline: January 14, 2019

Response Received: None.

Related Documents:

---

[1] The Debtors in these cases, along with the last four digits of the federal tax identification number for each of the Debtors, where applicable are:  Constellation Enterprises LLC (9571); JFC Holding Corporation (0312); The Jorgensen Forge Corporation (1717); Columbus Holdings Inc. (8155); Columbus Steel Castings Company (8153); Zero Corporation (0538); Zero Manufacturing, Inc. (8362); Metal Technology Solutions, Inc. (7203); Eclipse Manufacturing Co. (1493); and Steel Forming, Inc. (4995).

    a.    Motion to Shorten Time for Notice and Response to Chapter 7 Trustee's Motion for an Order Approving Settlement with U.S. Bank National Association d/b/a U.S. Bank, N.A. (filed December 14, 2018) [Dkt. No. 1265]

    b.    Order Denying Motion to Shorten Time for Notice and Response to Chapter 7 Trustee's Motion for an Order Approving Settlement with U.S. Bank National Association d/b/a U.S. Bank, N.A. (entered December 14, 2018, Adv. Pro. No. 18-50871 CSS) [Adv. Dkt. No. 13]

    c.    Certificate of No Objection (filed January 23, 2019) [Dkt. No. 1271]

Status: A Certificate of No Objection has been filed.

2.    Chapter 7 Trustee's Third Omnibus Motion for an Order Approving Settlements of Avoidance Actions Pursuant to Fed. R. Bankr. P. 9019 (filed January 4, 2019) [Dkt. No. 1268]

Response Deadline: January 22, 2019

Response Received: None.

Related Documents:

    a.    Certificate of No Objection (filed January 23, 2019) [Dkt. No. 1272]

Status: A Certificate of No Objection has been filed.

3.    Motion to Amend Order Limiting Notice and Establishing Noticing Procedures Pursuant to Section 105(a) of the Bankruptcy Code and Rules 2002, 6004, 6007 and 9007 of the Federal Rules of Bankruptcy Procedure (field January 4, 2019) [Dkt. No. 1269]

Response Deadline: January 22, 2019

Response Received: None.

Related Documents:

    a.    Certificate of No Objection (filed January 25, 2019) [Dkt. No. 1273]

Status: A Certificate of No Objection has been filed.

## PRETRIAL CONFERENCES IN ADVERSARY PROCEEDINGS

4.   Pretrial Conference in Adversary Proceeding Number 18-50870, *Carickhoff v. Fifth Third Bank, N.A.*

Status: We expect that a proposed form of Scheduling Order will be submitted under Certification of Counsel in advance of the hearing.

5.   Pretrial Conference in Adversary Proceeding Number 18-50838, *Carickhoff v. Blacco Splicing and Rigging Loft, Inc.*

Status: The Court has entered a default against this defendant.

6.   Pretrial Conference in Adversary Proceeding Number 18-50839, *Carickhoff v. C.P. Environmental, Inc.*

Status: The Court has entered a default against this defendant.

7.   Pretrial Conference in Adversary Proceeding Number 18-50846, *Carickhoff v. EMA of Pennsylvania, Inc..*

Status: The parties have reached a settlement agreement, and a motion to approve the settlement is currently pending before the Court.  *See* Agenda item 2.

8.   Pretrial Conference in Adversary Proceeding Number 18-50860, *Carickhoff v. Seyfang Electrical Services, LLC*

Status: The Court has entered a default against this defendant.

Dated:  January 25, 2019                **ARCHER & GREINER, P.C.**

*/s/ S. Alexander Faris*
Alan M. Root (No. 5427)
S. Alexander Faris (No. 6278)
300 Delaware Ave., Suite 1100
Wilmington, DE  19801
Telephone:  (302) 777-4350
Facsimile:  (302) 777-4352
Email:  afaris@archerlaw.com

*Attorneys for the Chapter 7 Trustee*

215860303v1

3

## EXHIBIT A

| **Defendant's Name** | **Adv. Pro. No.** |
| --- | --- |
| CHAMPION ENERGY SERVICES, LLC | 18-50842 (CSS) |
| EMA OF PENNSYLVANIA, INC. d/b/a EMA, INC., and ELECTRONIC MAINTENANCE ASSOCIATES, INC. d/b/a EMA, INC. | 18-50846 (CSS) |
| MIKE'S TRUCKING, LTD. | 18-50856 (CSS) |
| SIMPSON TECHNOLOGIES CORP. | 18-50861 (CSS) |
| SMITH & RICHARDSON MANUFACTURING COMPANY d/b/a SMITH & RICHARDSON INC. | 18-50862 (CSS) |
| SUNBELT d/b/a SUNBELT RENTALS, INC. | 18-50863 (CSS) |
| SUNPRO, INC. d/b/a ENVIROSERVE | 18-50864 (CSS) |
| UNITED HEALTHCARE, INC. d/b/a UNITEDHEALTHCARE INSURANCE COMPANY | 18-50866 (CSS) |
| U.S. BANK NATIONAL ASSOCIATION d/b/a U.S. BANK, N.A. | 18-50871 (CSS) |
| FIFTH THIRD BANK, N.A. | 18-50870 (CSS) |
| BLACCO SPLICING AND RIGGING LOFT, INC. | 18-50838 (CSS) |
| C.P. ENVIRONMENTAL, INC. | 18-50839 (CSS) |
| SEYFANG ELECTRICAL SERVICES, LLC | 18-50860 (CSS) |