# IN THE UNITED STATES BANKRUPTCY COURT
# OF THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>CONSTELLATION ENTERPRISES LLC, *et al.*,[1]<br><br>Debtors. | Chapter 7<br><br>Case No. 16-11213 (CSS)<br>(Jointly Administered) |
| DAVID W. CARICKHOFF, solely in his capacity as chapter 7 trustee for the estate of COLUMBUS STEEL CASTINGS COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>*See* Defendants listed on **Exhibit A**. | Adv. Pro. No. *See* **Exhibit A.** |

## NOTICE OF AGENDA OF MATTERS SCHEDULED FOR HEARING ON APRIL 30, 2019 AT 10:00 A.M.

**UNCONTESTED MATTERS WITH A CNO**

1. Chapter 7 Trustee's Fourth Omnibus Motion for an Order Approving Settlements of Avoidance Actions Pursuant to Fed. R. Bankr. P. 9019 (filed March 20, 2019) [Dkt. No. 1279]

    Response Deadline: April 22, 2019

    Response Received: None.

    Related Documents:

    a.  Certificate of No Objection (filed April 26, 2019) [Dkt. No. 1284]

---

[1] The Debtors in these cases, along with the last four digits of the federal tax identification number for each of the Debtors, where applicable are: Constellation Enterprises LLC (9571); JFC Holding Corporation (0312); The Jorgensen Forge Corporation (1717); Columbus Holdings Inc. (8155); Columbus Steel Castings Company (8153); Zero Corporation (0538); Zero Manufacturing, Inc. (8362); Metal Technology Solutions, Inc. (7203); Eclipse Manufacturing Co. (1493); and Steel Forming, Inc. (4995).

Status: A Certificate of No Objection has been filed.

2. Second Interim (Contingent Fee Matters) Application for Compensation and Reimbursement of Expenses of Archer & Greiner, P.C., as Counsel to the Chapter 7 Trustee, for the Period October 1, 2018 to March 31, 2019 (filed April 2, 2019) [Dkt. No. 1281]

   Response Deadline: April 23, 2019

   Response Received: None.

   Related Documents:

   a. Certificate of No Objection (filed April 26, 2019) [Dkt. No. 1285]

   Status: A Certificate of No Objection has been filed.

3. First Interim Fee Application (Non-Contingent Matters) of Archer & Greiner, P.C., Attorneys for David W. Carickhoff, the Chapter 7 Trustee, for Compensation and Reimbursement of Expenses for the Period October 2, 2017 through March 31, 2019 (filed April 9, 2019) [Dkt. No. 1282]

   Response Deadline: April 23, 2019

   Response Received: None.

   Related Documents:

   a. Certificate of No Objection (filed April 26, 2019) [Dkt. No. 1286]

   Status: A Certificate of No Objection has been filed.

Dated:  April 26, 2019                By:  /s/ S. Alexander Faris
                                      Alan M. Root (No. 5427)
                                      S. Alexander Faris (No. 6278)
                                      ARCHER & GREINER, P.C.
                                      300 Delaware Avenue, Suite 1100
                                      Wilmington, DE 19801
                                      Telephone (302) 777-4350
                                      Facsimile (302) 777-4352
                                      Email  afaris@archerlaw.com

                                      *Attorney for David W. Carickhoff, Ch. 7 Trustee*

213792435v1

216320220v1

# EXHIBIT A

| **Defendant's Name** | **Adv. Pro. No.** |
|---|---|
| C.P. ENVIRONMENTAL, INC. | 18-50839 (CSS) |
| CRANE AND TRACTOR PARTS, LLC D/B/A CRANE & TRACTOR INC. | 18-50844 (CSS) |
| D.A. INTERNATIONAL CASTING CO. | 18-50845 (CSS) |
| IPFS CORPORATION d/b/a IMPERIAL PFS d/b/a IPFS | 18-50849 (CSS) |
| PSC METALS, LLC and PSC METALS, INC. | 18-50859 (CSS) |