UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>CONSTELLATION ENTERPRISES LLC, *et al.*,[1]<br><br>Debtors. | Chapter 7<br><br>Case No. 16-11213 (CSS)<br><br>(Jointly Administered) |

**STATUS REPORT OF THE CHAPTER 7 TRUSTEE**

David W. Carickhoff, the chapter 7 trustee (the "Trustee") of the estates (the "Estates") of the above-captioned debtors (collectively, the "Debtors"), hereby files this status report in the above-captioned chapter 7 cases:

1. On May 16, 2016 (the "Petition Date"), each of the Debtors filed a voluntary petition for relief under chapter 11 of the Bankruptcy Code.

2. On September 27, 2017, an Order was entered by the Court converting the Debtors' chapter 11 cases to cases under chapter 7 of the Bankruptcy Code, effective as of October 2, 2017.

3. The Trustee was subsequently appointed as chapter 7 trustee of the Debtors' Estates pursuant to section 701(a) of the Bankruptcy Code.

4. Pursuant to the *Declaration of Timothy B. Stallkamp in Support of Chapter 11 Petitions and First Day* Motions, the Debtors operated four separate businesses including a

---

[1] The Debtors in these cases, along with the last four digits of the federal tax identification number for each of the Debtors, where applicable are: Constellation Enterprises LLC (9571); JFC Holding Corporation (0312); The Jorgensen Forge Corporation (1717); Columbus Holdings Inc. (8155); Columbus Steel Castings Company (8153); Zero Corporation (0538); Zero Manufacturing, Inc. (8362); Metal Technology Solutions, Inc. (7203); Eclipse Manufacturing Co. (1493); and Steel Forming, Inc. (4995).

"Columbus Castings" business that was operated by Columbus Steel Castings Company (the "Columbus Castings Business").

5. During the course of the chapter 11 cases, the Debtors sold substantially all of their assets in two sale transactions. All of the Debtors' businesses (the "Going Concern Businesses") other than the Columbus Castings Business were sold as a going concern (the "Going Concern Sale"). The Columbus Castings Business and its related assets were sold in a liquidation sale (the "Liquidation Sale" and collectively with the Going Concern Sale, the "Sales").

6. As part of the Sales, certain chapter 5 causes of action were retained by the Estates (the "Retained Causes of Action"). In accordance with his duties under the Bankruptcy Code, the Trustee reviewed the Debtors' financial books and records and investigated the Retained Causes of Action. As a result of this investigation, the Trustee commenced 37 adversary proceedings against parties he asserted received avoidable transfers (the "Avoidance Actions").

7. At this time, all of the Avoidance Actions have been resolved, resulting in recoveries to the Estates of $1,183,250.00.[2] A chart summarizing the results of the Avoidance Actions is attached hereto as Exhibit A.

8. At present, the Trustee is investigating whether there are any other assets or funds to be administered by the Estates. In particular, the Trustee is aware of certain funds in escrow as a result of the Going Concern Sale. The Trustee is investigating whether such escrowed funds may be administered by the Estates and, if so, the best manner in which to do so.

---

[2] Does not include amount of default judgments.

9. In addition, the Trustee is focusing on additional wind-up tasks, including any final tax returns, as necessary.

Dated: June 21, 2021                                By: /s/ Alan M. Root
                                                    Alan M. Root (No. 5427)
                                                    ARCHER & GREINER, P.C.
                                                    300 Delaware Ave., Suite 1100
                                                    Wilmington, DE  19801
                                                    (302) 777-4350
                                                    (302) 777-4352 (fax)
                                                    aroot@archerlaw.com

                                                    *Counsel to David W. Carickhoff,*
                                                    *Chapter 7 Trustee*

221429547v1